**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernesto Alonso Flores-Munoz, | No. CV 05-1870-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

On February 14, 2006, Defendant filed a motion to dismiss (Doc. #8). Plaintiff did not respond to the motion. Thereafter, Defendant moved for summary adjudication of the motion due to Plaintiff's failure to respond (Doc. #11).

On April 3, 2006, the Magistrate Judge filed a Report and Recommendation (Doc. #10) recommending that the case be dismissed for failure to prosecute pursuant to Rule 41(b). The R&R further recommends that the dismissal be with prejudice.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

1 However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the Magistrate Judge states that the recommendation is subject to the District Court conducting, "its independent review of the record." The Court is unclear whether the Magistrate Judge is attempting to direct this Court to conduct a *de novo* review or is suggesting some other standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not conducted any review because no objections were filed. If Plaintiff (or Defendant) failed to file objections in reliance on the Magistrate Judge's admonition to the District Court, either party may move for reconsideration of this Order within thirty days and shall contemporaneously file such parties' objections with the motion for reconsideration.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #10) is **ACCEPTED**;

**IT IS FURTHER ORDERED** that both pending motions are denied as moot; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment of dismissal with prejudice.

DATED this 3rd day of August, 2006.

_____
James A. Teilborg
United States District Judge